IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MATTHEW CARPENTER,

        Defendant.

**WITNESS LIST**

Case No.: 4:20CR3068
Deputy: Jeri Bierbower
Reporter: Digital Recorder
Date: June 25, 2021

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| Jason Garrels | 6/25/2021 |
| Jeffrey L. Dowling | 6/25/2021 |
| Michael Mefferd | 6/25/2021 |
| | |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| | |
| | |