IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case #: 4:20CR3068 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNOPPOSED MOTION TO |
| | ) | EXTEND FILING DEADLINE |
| | ) | |
| MATTHEW A. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |

   Matthew A. Carpenter, by his attorney, hereby moves this Court for an extension of time to file the Objection to the Findings and Recommendations. The Objection is due on August 6th, 2021, and Counsel will need additional time to file it. In support of this Motion, Counsel for the Defendant informs the Court:

   1. To effectively and competently represent Mr. Carpenter, Counsel for the Defendant requires additional time to complete and prepare the objection to the Magistrates' Finding and Recommendation, Filing #45, by the scheduled objection date;

   2. Counsel for the Defendant has a serious family medical issue and will be unable to work on the Objection;

   3. Counsel is making all reasonable efforts to complete the objection in a timely manner and requests that the objection date be extended from August 6th, 2021to September 6th, 2021;

   4. Counsel for the Defendant has conferred with AUSA, Daniel Packard, who has no

objection to the extension.

WHEREFORE, the Defendant respectfully requests that the Court extend the Objection due date to September 6th, 2021.

                    Respectfully submitted,
                    Matthew A. Carpenter, Defendant

BY:  *s/ Candice C. Wooster*
       Candice C. Wooster, #25318
       Brennan, Nielsen, & Wooster Law Offices
       610 J Street, Suite 200
       Lincoln, NE 68508
       Phone: 402-441-4848
       Fax: 402-441-4840
       candice@brennannielsenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27th, 2021, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to AUSA, Daniel D. Packard.

                    s/ Candice C. Wooster
                    Candice C. Wooster, #25318