IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:20-CR-3068 |
| vs. | ORDER |
| MATTHEW CARPENTER, | |
| Defendant. | |

This matter is before the Court on the defendant's objection (filing 52) to the Magistrate Judge's Findings and Recommendation (filing 45) recommending that the defendant's motion to dismiss (filing 29) be denied. The Court has conducted a de novo review of the motion pursuant to 28 U.S.C. § 636(b)(1). On its de novo review, the Court agrees with the Magistrate Judge's findings and recommendation, and will adopt them. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (filing 45) are adopted.

2. The defendant's objection (filing 52) is overruled.

3. The defendant's motion to dismiss (filing 29) is denied.

Dated this 13th day of October, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge